**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 05a0375n.06
Filed: May 11, 2005

**No. 04-1581**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| GRAND VALLEY STATE UNIVERSITY, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | **ON APPEAL FROM THE** |
| v. | ) | **UNITED STATES DISTRICT** |
| | ) | **COURT FOR THE WESTERN** |
| JOHN W. HODGE, | ) | **DISTRICT OF MICHIGAN** |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

**BEFORE: KEITH, MERRITT, and CLAY, Circuit Judges**

**PER CURIAM**. The Defendant-Appellee, John W. Hodge, filed a petition for bankruptcy on May 16, 2003, in the United States Bankruptcy Court for the Western District of Michigan. The Plaintiff-Appellant, Grand Valley State University ("University"), subsequently filed a motion requesting the bankruptcy court to dismiss Hodge's petition for cause, alleging that the petition was filed in bad faith. The bankruptcy court rejected the University's request, and the University appealed that decision to the United States District Court for the Western District of Michigan. The district court affirmed the decision of the bankruptcy court, and the University now appeals the bankruptcy court's decision to this Court, continuing to assert that Hodge filed his bankruptcy petition in bad faith.

Inasmuch as the district court thoroughly articulated the reasons for affirming the decision of the bankruptcy court, we find that the issuance of a full written opinion by this court would be

duplicative and serve no useful purpose. We therefore adopt the reasoning of the district court in

its opinion dated March 30, 2004, and **AFFIRM** the decision of the bankruptcy court.